STATE of Missouri, Respondent,

v.

Robert B. BESENYI, Appellant.

WD 78891

Missouri Court of Appeals, Western District.

Order filed: September 20, 2016

Dora Fichter, for Respondent

Margaret M. Johnston, for Appellant

Before Division Three: Victor C. Howard, Presiding Judge, Lisa White Hardwick, Judge and Edward Ardini, Jr., Judge

## ORDER

PER CURIAM:

Robert Besenyi appeals his convictions and sentences for class D felony possession of burglar's tools, section 569.180, RSMo 2000, class C misdemeanor attempted stealing, section 570.030, RSMo Cum. Supp. 2013, and class C misdemeanor trespass in the first degree, section 569.140, RSMo 2000. In his two points on appeal, he challenges the sufficiency of the evidence to support the possession of burglar's tools and trespass convictions. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment of convictions is affirmed. Rule 30.25(b).